FILED

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0151



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0151

RALPH V. HUTT,

     Plaintiff and Appellee,

  v.

                                     **ORDER OF MEDIATOR APPOINTMENT**

MARYLAND CASUALTY
CORPORATION,

     Defendant and Appellant.

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT **Curtis G. Thompson,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this March 27, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:  Jinnifer Jeresek Mariman, jmariman@mcgarveylaw.com;
        ktorbeck@mcgarveylaw.com
    Clifford Edwards, jenny@edwardslawfirm.org;
        carol.flanagan@edwardslawfirm.org
    Allan M. McGarvey, amcgarvey@mcgarveylaw.com

Chris Edwards, Chris@edwardslawfirm.org
Dustin Alan Richard Leftridge, dleftridge@mcgarveylaw.com
Edward J. Longosz, II, elongosz@eckertseamans.com
Matthew B. Hayhurst, mhayhurst@boonekarlberg.com
Natasha Prinzing Jones, npjones@boonekarlberg.com
Thomas J. Leonard, tleonard@boonekarlberg.com
Mark A. Johnston, mjohnston@eckertseamans.com
Curtis G. Thompson, thompsonlaw2013@gmail.com